JOHN SIMON, Appellant, *v.* CHEMICAL BANK & TRUST COMPANY, Respondent.

Argued April 22, 1940; decided May 21, 1940.

*Charles H. Tuttle* and *Laurence Berenson* for appellant.
*Justus Sheffield, Philip A. Carroll* and *Fairfax Leary, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.